UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-23331-CIV-UNGARO

MIRTA GARCIA,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

    Defendant.

## NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon information of settlement.

THE PARTIES are hereby notified that all papers related to the settlement reached between the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by December 2, 2010. If such papers are not filed by this deadline, the pending claims between the parties will be dismissed without further notice. Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of November, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record