UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-23331-CIV-UNGARO

MIRTA GARCIA,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendant.

## ADMINISTRATIVE ORDER CLOSING CASE

    THIS CAUSE is before the Court *sua sponte*.

    THE COURT is fully advised in the premises.  Accordingly, it is hereby

    ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of November, 2010.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record