**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MIRTHA GARCIA,

Plaintiff,

                                              Case No.: 10-23331-CIV-UNGARO

vs.

MERCANTILE ADJUSTMENT BUREAU, LLC,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

      Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: December 2, 2010                  Respectfully submitted,

                                              /s Andrew I. Glenn
                                              Andrew I. Glenn
                                              E-mail: AGlenn@cardandglenn.com
                                              Florida Bar No.: 577261
                                              J. Dennis Card, Jr.
                                              E-mail:DCard@cardandglenn.com
                                              Florida Bar No. 0487473
                                              Card & Glenn, P.A.
                                              2501 Hollywood Boulevard, Suite 100
                                              Hollywood, Florida 33020
                                              Telephone: (954) 921-9994
                                              Facsimile: (954) 921-9553
                                              Attorneys for Plaintiff